## Arcuri, Appellant, *v.* Weiss.

Argued September 17, 1959. Before GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (RHODES, P. J., and HIRT, J., absent).

*William A. Goichman,* with him *Martin M. Krimsky,* and *Krimsky & Goichman,* for appellant.

*Samuel P. Lavine,* with him *Blanc, Steinberg, Balder and Steinbrook,* for appellee.

OPINION PER CURIAM, November 11, 1959:
The order of the court below is affirmed on the opinion of Judge PIEKARSKI of the Municipal Court of Philadelphia, as reported in 18 Pa. D. & C. 2d 667.